UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELLE HORNE,<br>    Plaintiff,<br>    v.<br>NISSAN NORTH AMERICA INC, et al.,<br>    Defendants. | Case No. 18-cv-00954-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 39 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: April 5, 2018

WILLIAM H. ORRICK
United States District Judge